**Order entered August 15, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-18-00901-CV

## IN THE INTEREST OF M.M., A CHILD

**On Appeal from the County Court at Law No. 1**
**Kaufman County, Texas**
**Trial Court Cause No. 97410CC**

## ORDER

This is an appeal from a parental termination case. Before the Court is Joanna Wray's August 14, 2018 motion for leave to withdraw as counsel for appellant. The record reflects the trial court relieved Ms. Wray of her duties as appellant's attorney on July 19, 2018. Accordingly, we **DENY** the motion as moot. *See* TEX. FAM. CODE ANN. § 107.016(3)(C) (West Supp. 2017). We **DIRECT** the Clerk of the Court to remove Ms. Wray as appellant's counsel.

Pursuant to Texas Family Code section 107.013, we **ORDER** the trial court to conduct a hearing **no later than September 5, 2018** to determine whether appellant, who is presumed indigent, desires to be represented by appointed counsel. *See id.* § 107.013. If appellant desires to be represented by appointed counsel, the trial court shall appoint new counsel. If appellant does not desire to be represented by counsel, the trial court shall advise him of the dangers and disadvantages of self-representation. *See Faretta v. California*, 422 U.S. 806, 835 (1975); *In re C.L.S.*, 403 S.W.3d 15, 21 (Tex. App.—Houston [1st Dist.] 2012, pet. denied). The trial court

shall also advise appellant that he does not have a due process right to hybrid representation. *See Smith v. Smith*, 22 S.W.3d 140, 153 (Tex. App.—Houston [14th Dist.] 2000, no pet.) (op. on reh'g); *Posner v. Dallas Cnty. Child Welfare Unit of Tex. Dep't of Human Servs.* 784 S.W.2d 585, 588 (Tex. App.—Eastland 1990, writ denied) (per curiam).

We **ORDER** the trial court to make written findings of fact on each of the above-identified issues. We further **ORDER** a reporter's record of the hearing and a supplemental clerk's record containing the trial court's findings and any supporting documentation filed with the Court no later than September 10, 2018.

We **DIRECT** the Clerk of the Court to send a copy of this order to the Honorable Deane Loughmiller, Presiding Judge of Kaufman County Court at Law; Shelly L. Etheridge, Official Court Reporter for Kaufman County Court at Law; Kaufman County District Clerk Rhonda Hughey; Ms. Wray; and, the parties.

We **ABATE** the appeal to allow the trial court to comply with this order. It shall be reinstated no later than September 14, 2018.

/s/    DAVID EVANS
       JUSTICE